UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOULANDA HARRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | No. 2:20-cv-02831-SAB-GJS<br><br>**ORDER TO SHOW CAUSE** |

On April 13, 2020, the Court entered an Order to Show Cause, asking the parties to respond to a proposed Scheduling Order. ECF No. 16. No response has been filed by either party.

//
//
//
//
//
//
//
//
//
//

**ORDER TO SHOW CAUSE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. **Within 14 days** from the date of this Order, the parties are directed to show cause why the Court should not dismiss the above-captioned case for failure to timely respond to the Court's Order to Show Cause.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 9th day of June 2020.

*/s/ Stanley A. Bastian*
_____
Stanley A. Bastian
United States District Court

**ORDER TO SHOW CAUSE ~ 2**