**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOULANDA HARRELL,<br>     Plaintiff,<br>     v.<br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br>     Defendants. | No. 2:20-cv-02831-SAB-PJWx<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

   On September 29, 2020, the Court granted counsel's Motion to Withdraw as Counsel of Record because Plaintiff had stopped communicating with them and had relocated without providing them with an updated address. ECF No. 25. The Clerk's Office mailed a copy of that Order to Plaintiff's last known address and it was returned as not deliverable.

   It appears that Plaintiff is no longer interested in pursuing this action.

//
//
//
//
//
//

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED**, without prejudice, for failure to prosecute.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel and **close** the file.

**DATED** this 30th day of December 2020.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING ACTION WITHOUT PREJUDICE ~ 2**